UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:24-cr-10-RLW-SPM-2 |
| | ) |
| MOHD AZFAR MAILK, | ) |
| | ) |
| Defendants. | ) |

**FIRST MOTION TO TRAVEL**

COMES NOW Defendant, Mohd Azfar Malik, by and through counsel, and moves this Court form permission to travel from St. Louis, Missouri to Cozumel, Mexico from January 24 to January 29. In support of this motion, Defendant states as follows:

1. Defendant is charged in a twenty-two-count indictment.

2. The government filed the indictment on January 10, 2024.

3. On January 16, Defendant self-surrendered to the United States Marshals Service and appeared for his arraignment.

4. That same day, this Court released Defendant on his own recognizance and a combination of conditions of release designed to reasonably assure his appearance as required and the safety of any other person and the community.

5. Conditions (7)(d) and 7(f) are among the conditions this Court imposed.

6. Condition (7)(d) requires Defendant to surrender his passport to the Office of Pretrial Services. *See id*.

7. Defendant complied with condition (7)(d) yesterday.

8. Condition (7)(f) requires Defendant to remain in the Eastern District of Missouri

1

unless authorized to travel elsewhere by this Court or the Office of Pretrial Services.

9. Defendant is a licensed psychiatrist and has been so for 37 years.

10. Five months ago, Defendant agreed to participate in a Continuing Medical Education (CME) program at which he will discuss artificial intelligence and psychiatry.

11. The Association of Pakistani Physicians of North America (APPNA) is the sponsor of the CME.[1]

12. Defendant has since booked travel arrangements to participate in the CME.

13. In particular, Defendant has arranged to fly from St. Louis, Missouri to Tampa, Florida on January 24 on an American Airlines flight and to depart Tampa, Florida for Cozumel, Mexico on January 25 on a Royal Caribbean Cruise ship.

14. The CME will take place on the ship.

15. The ship will return to Tampa, Florida on January 29, and Defendant will return to St. Louis on an American Airline flight booked for the same day.

16. Defendant is 70 years old and has no prior convictions.

17. Defendant has been aware of the investigation which led to his indictment since he first received a subpoena some four months ago.

18. Defendant travelled to Pakistan after he received the subpoena and voluntarily returned home to the United States; he will not do otherwise now.

19. Defendant's family resides in the United States; he has no family outside the U.S.

20. His wife of almost 40 years, Maheen Malik, is a practicing neurologist and lives

---

[1] Defendant is a United States citizen and the holder of a United States passport. His passport is currently in the possession of the Office of Pretrial Service.

       with Defendant at their home of 20 years in Chesterfield.

21.    Defendant's brother and sister-in-law live with them.

22.    Defendant's three adult children, each of whom is a United States citizen, live in the United States as well.

23.    Defendant's parents are deceased.

24.    Defendant's medical practice and financial assets all lie in the St. Louis area; he has no business interests or assets outside the area or abroad.

25.    Defendant has no substance abuse history, no history of mental health issues, no history of erratic behavior, and no history of illegal activity.

26.    Indeed, he has lived a responsible, law abiding, pro-social life of 70 years.

27.    Defendant would not sacrifice all that he has to avoid prosecution by flight.

28.    Indeed, if he wished to do so, he would have done so already—whether after he received a subpoena four months ago or before he voluntarily surrendered to the United States Marshals Service just yesterday.

29.    If permitted to travel, Defendant will provide his pretrial services officer with all requested information before he departs from St. Louis.

For the foregoing reasons, Defendant respectfully requests this Court permit him to travel from St. Louis, Missouri to Cozumel, Mexico from January 24 to January 29 and consistent with itinerary above.

                              Respectfully submitted,

/s/ Adam Fein

ADAM FEIN
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, MO  63105
(314) 862-4332
afein@rsfjlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 17, 2024, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Amy E. Sestric, Assistant United States Attorney.