UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | No. 4:24-CR-00010-RLW-SPM |
| | ) | |
| v. | ) | |
| | ) | |
| MOHD AZFAR MALIK, M.D., | ) | |
| | ) | |
| Defendant. | ) | |

### UNITED STATES OF AMERICA'S RESPONSE
### TO MOHD AZFAR MALIK, M.D.'S FIRST MOTION TO TRAVEL

COMES NOW the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Amy E. Sestric, Assistant United States Attorney for said District, and responds to Defendant Mohd Azfar Malik, M.D.'s First Motion to Travel (ECF No. 15):

Based upon the representations set forth in Dr. Malik's First Motion to Travel and the information it contains in addition to that which was provided at the January 16, 2024 arraignment, the United States does not oppose Dr. Malik's request to travel from January 24, 2024 to January 29, 2024 for the limited purposes set forth in the Motion.

Date:   January 18, 2024          Respectfully submitted,

SAYLER A. FLEMING
United States Attorney


/s/ Amy E. Sestric
AMY E. SESTRIC, #66219MO
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all Counsel of Record.

/s/ Amy E. Sestric
AMY E. SESTRIC, #66219MO
Assistant United States Attorney