UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 4:24-cr-10-RLW-SPM-2 ) |
| MOHD AZFAR MAILK, | ) ) |
| Defendants. | ) |

**UNOPPOSED THIRD MOTION TO TRAVEL**

Defendant, Mohd Azfar Malik, M.D., by and through counsel, moves this Court for permission to travel from St. Louis, Missouri to Newark, Pennsylvania from March 6 to March 8 and from St. Louis to New York City from March 18 to March 24. In support of this motion, Defendant states as follows:

1. Dr. Malik hopes to travel with his wife from St. Louis to Newark on March 6.

2. In Newark, Dr. Mailk will speak at an event sponsored by Calypta, the manufacturer of prescription medication for bipolar disorder and depression.

3. Dr. Malik and his wife will stay at the Hilton Wilmington Christiana Hotel in Newark, Pennsylvania and the Hilton Newark Airport Hotel in Elizabeth, New Jersey.

4. They will return to St. Louis on March 8.

5. On March 18, Dr. Malik and his wife hope to travel from St. Louis to New York City to visit their newborn grandson.

6. In New York, Dr. Malik and his wife will stay at the home of their son and daughter-in-law.

1

7. Dr. Malik and his wife will return to St. Louis on March 24.

8. Dr. Malik will provide all relevant travel information to his Pretrial Services Officer before he departs St. Louis on March 6 and March 18.

9. Dr. Malik, through counsel, has discussed this matter with Assistant United States Attorney Amy Sestric.

10. Ms. Sestric does not object to Dr. Malik's request.

11. Dr. Malik, through counsel, has also discussed this matter with Pretrial Services Officer Dan Fahl.

12. Mr. Fahl does not object to Dr. Malik's request.

For the reasons above, Mohd Azfar Malik, M.D., respectfully requests this Court permit him to travel from St. Louis, Missouri to Newark, Pennsylvania from March 6 to March 8 and from St. Louis to New York City from March 18 to March 24.

Respectfully submitted,

/s/ Adam Fein

ADAM FEIN
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, MO  63105
(314) 862-4332
afein@rsfjlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Amy E. Sestric, Assistant United States Attorney.

2