UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| | ) No. 4:24-CR-00010-RLW-SPM |
| MOHD AZFAR MALIK, M.D., | ) ) ) |
| Defendant. | ) |

**UNITED STATES OF AMERICA'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO DEFENDANT'S PRETRIAL MOTIONS**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Amy E. Sestric, Assistant United States Attorney for said District, and moves the Court for an order granting an extension from March 13, 2024 to March 28, 2024 for the Government to file its responses to Defendant's Motion to Compel *Brady* Material (ECF No. 53), Motion to Dismiss the Drug Trafficking Counts (ECF No. 54), and Motion to Dismiss (ECF No. 55):

1. On February 28, 2024, defendant Mohd Azfar Malik, M.D. ("Dr. Malik") filed three pretrial motions: (1) a Motion to Compel *Brady* Material (ECF No. 53); (2) a Motion to Dismiss the Drug Trafficking Counts (ECF No. 54); and (3) an additional Motion to Dismiss (ECF No. 55).

2. Currently, the Government's responses to these motions are due on March 13, 2024.

3. Due to the demands of other cases, counsel for the United States requires additional time to address the issues raised in these motions.

4. Accordingly, the Government seeks an extension until March 28, 2024 to file responses to Dr. Malik's three motions.

5. Counsel for Dr. Malik does not oppose this request.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ Amy E. Sestric*
AMY E. SESTRIC, #66219MO
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2024, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Amy E. Sestric*
AMY E. SESTRIC, #66219MO
Assistant United States Attorney
