IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 4:24-cr-0010

v.                                      Hon. Shirley P. Mensah

ASIM MUHAMMAD ALI M.D.,

        Defendant.

## NOTICE OF INTENT AND RESPONSE TO SHOW CAUSE

NOW COMES the Defendant Asim Ali, by and through counsel MEGGAN SULLIVAN, and hereby submits this Notice of Intent and Response to Show Cause and in support states:

Defendant Ali does not intend to file pretrial motions in this matter and in response ro the Show Cause issued by the Court (D.E. 60) apologizes for the delay in filing the Notice of Intent and requests this matter be kept with the codefendant and not be passed until the pretrial motions in that matter are resolved.

                                                Respectfully Submitted,
                                                CHAPMAN LAW GROUP

Dated: March 19, 2024          /s/*Meggan Sullivan*
                                                 Meggan B. Sullivan (033067)
                                                 *Counsel for Defendant Ali*
                                                 424 Church Street Ste. 2000
                                                 Nashville, TN 37219

T: (248) 644-6326
F: (248) 644-6324
MSullivan@ChapmanLawGroup.com

2

## PROOF OF SERVICE

I hereby certify that on March 19, 2024, I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF system, which will send notification of such filing to the attorneys of record listed herein and I hereby certify that I have mailed by US Postal Service the document to any involved non-participants.

/s/ *Meggan Sullivan*
Meggan B. Sullivan (033067)
*Counsel for Defendant Ali*
MSullivan@ChapmanLawGroup.com