UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.  4:24-CR-00010-RLW-SPM |
| ASIM MUHAMMAD ALI, M.D., and MOHD AZFAR MALIK, M.D., | ) ) ) ) |
| Defendants. | ) ) |

**UNITED STATES OF AMERICA'S MOTION FOR LEAVE TO FILE AN OVER-LENGTH RESPONSE TO MOHD AZFAR MALIK, M.D.'S MOTION TO DISMISS**

COMES NOW Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Amy E. Sestric, Assistant United States Attorney for the Eastern District of Missouri, and moves the Court for leave to file an over-length response to Defendant Mohd Azfar Malik, M.D.'s Motion to Dismiss (ECF No. 55).  Due to the scope of the issues, the Government requests that it be permitted to file a response comprising no more than 17 substantive pages.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

 /s/  Amy E. Sestric
AMY E. SESTRIC, #66219MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2024, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

 /s/ Amy E. Sestric
AMY E. SESTRIC, #66219MO
Assistant United States Attorney