UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:24CR10-2 RLW/SPM |
| | ) |
| MOHD AZFAR MAILK, M.D., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

All pretrial matters in the above-referenced case have been referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b). On February 28, 2024, within the time limits prescribed by the Court's Order Concerning Pretrial Motions, Defendant Mohd Azfar Malik filed the following pretrial motions: Motion to Compel Brady Material (Doc. 53); Motion to Dismiss the Drug Trafficking Count (Doc. 54); and Motion to Dismiss (Doc. 55). The USA filed its response to these motions on March 28, 2024 (Doc. 66) and March 29, 2024 (Docs. 69-70). Because the parties had not requested a hearing and because the Court found that the motions and responses motions raise questions of law that do not require a hearing, the undersigned took the motions under submission on April 3, 2024.

This matter is now before the Court on Defendant's Motion for Extension of Time to File Replies in Support of his Pretrial Motions (Unopposed) and for Oral Argument filed April 4, 2024. (Doc. 72.) After review of the motion and the record, the undersigned will grant Defendant's requests.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Extension of Time to File Replies in Support of his Pretrial Motions (Unopposed) and for Oral Argument (Doc. 72) is **GRANTED.**

**IT IS FURTHER ORDERED** that a motion hearing is scheduled on **Wednesday, May 22, 2024, at 9:30 AM,** before the undersigned in Courtroom 13-South.  Defendant and counsel are required to be present.

**IT IS FURTHER ORDERED** that all parties that will be present at the hearing are required to read and abide by the following rules:

1. **Witness List & Exhibits**: The parties should, at a minimum, exchange a list of expected witnesses and exhibits and share the same with the Court in advance of the hearing. To the extent possible, the parties should also provide the Court with proposed exhibits in electronic form in advance of the hearing. The parties are required to retain all exhibits received into evidence during any hearing in this matter before the undersigned until the time for filing a Notice of Appeal has expired.

2. **Duration**: Counsel, witnesses, and the parties will be expected to be prepared and to present evidence, testimony, and arguments in an efficient manner to ensure that the hearing is completed in a timely manner.

3. **Firm Setting**: Counsel and their witnesses must appear as scheduled or provide ample notice if for some reason the hearing needs to be rescheduled. The Court may impose severe sanctions if, in the absence of extenuating circumstances and adequate notice, the hearing does not proceed as scheduled.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 23rd day of April, 2024.