UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:24CR10-2 HEA/SPM |
| MOHD AZFAR MALIK, M.D., | ) ) ) |
| Defendant. | ) ) |

# ORDER

This matter is presently pending before the undersigned pursuant to 28 U.S.C. §636(b). On May 22, 2024, this matter came before the undersigned for a hearing on Defendant's motions to dismiss and motion to compel. [Doc. Nos. 53-55.] The undersigned finds that a written transcript of the proceedings will assist the Court in preparing its report and recommendation to U.S. District Judge Henry E. Autrey.

Accordingly,

**IT IS HEREBY ORDERED** that a transcript of the hearing held on the record on May 22, 2024, shall be prepared and filed with the Clerk of Court.

_____
SHIRLEY P. MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 23rd day of May, 2024.