UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION
CASE NO. 4:24-CR-00010 HEA

UNITED STATES OF AMERICA
vs.
MOHD AZFAR MALIK, M.D.
_____/

**WAIVER OF SPEEDY TRIAL**

Dr. Mohd Azfar Malik, through undersigned counsel, respectfully submits this waiver of his rights under the Speedy Trial Act, 18 U.S.C. § 3161. Dr. Malik understands that the government intends to file a superseding indictment in this case and that undersigned counsel will need time to brief and litigate pre-trial motions related to the superseding indictment. For those reasons, Dr. Malik waives his right to a speedy trial and he understands that the time between the filing of this waiver and the new trial date will be excluded from speedy trial calculations.

Respectfully submitted,

**MARKUS/MOSS PLLC**
40 N.W. Third Street, PH1
Miami, Florida 33128
Tel: (305) 379-6667
markuslaw.com

By:   /s/ David Oscar Markus
        David Oscar Markus
        dmarkus@markuslaw.com

        /s/ Lauren Field Krasnoff
        Lauren Field Krasnoff
        lkrasnoff@markuslaw.com