UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:24CR10 HEA |
| ) | |
| MOHD AZFAR MALIK, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court on its own motion. The parties are ordered to file a status report in this matter on or before January 29, 2025.

Dated this 23rd day of January, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE