UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CASE NO. 4:24-CR-00010 HEA

UNITED STATES OF AMERICA

vs.

MOHD AZFAR MALIK, M.D.

_____/

**UNOPPOSED MOTION FOR TRAVEL**

Dr. Mohd Azfar Malik, through undersigned counsel, respectfully requests that the Court allow him to travel to Charlotte, North Carolina, from February 5, 2025, to February 7, 2025, for a medical education conference. Neither the Pretrial Services Office nor the Government oppose this request. Dr. Malik states the following in support of this request:

1. On January 10, 2024, a Grand Jury in the Eastern District of Missouri returned an indictment charging Dr. Malik with one count of conspiracy to distribute controlled substances and maintain a drug-involved premises, in violation of 21 U.S.C. § 846; one count of conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349; twelve counts of distribution of a controlled substance, in violation of 21 U.S.C. § 841; seven counts of false statements related to health care matters, in violation of 18 U.S.C. § 1035; and one count of maintaining a drug-involved premises, in violation of 21 U.S.C.

§ 856. (DE 2).

2. The magistrate judge recommended that the drug counts be dismissed. (DE 86). Therefore, since his bond conditions were originally set by the Court, Dr. Malik's legal position has changed for the better for him as the magistrate judge recommended that he no longer face the most serious counts in the indictment.

3. On January 16, 2024, Dr. Malik self-surrendered to the United States Marshals Service. At Dr. Malik's initial appearance, the Court released him on his own recognizance with travel restricted to the Eastern District of Missouri unless Dr. Malik obtains prior permission from the Court or the Office of Pretrial Services. (DE 9).

4. Because the cancellation of Dr. Malik's prearranged international travel would have caused an undue hardship, the Court permitted Dr. Malik to travel to Mexico to present at a Continuing Medical Education seminar shortly after his arrest. Dr. Malik traveled without issue, returned to the Eastern District of Missouri as directed, and complied with all conditions set by his Pretrial Services Officer.

5. Dr. Malik previously received permission from Pretrial Services and the Court to travel domestically. On each occasion, Dr. Malik returned to the Eastern District of Missouri as directed, remained in communication with his Pretrial Services Officer, and complied with the conditions set by his Pretrial Services

Officer.

6. Dr. Malik is a 70-year-old medical doctor who resides with his wife of nearly 40 years; she is a practicing neurologist. The Maliks have resided in their home in Chesterfield for 20 years. They live with Dr. Malik's brother and sister-in-law. Their medical practices and financial assets are in the St. Louis area. Dr. Malik has complied with all the conditions of his pretrial release. He is neither a danger nor a flight risk.

7. Dr. Malik seeks the Court's permission to travel to Charlotte, North Carolina, to attend NeuroStar University, a training program on transcranial magnetic stimulation ("TMS"), a treatment for drug resistant depression and other mental illnesses, used by Dr. Malik. The training program begins on February 6, 2025, and ends on February 7, 2025. Dr. Malik would fly to Charlotte, North Carolina, the day before the training (February 5, 2025) and return to St. Louis when the conference ends on February 7, 2025. He would stay at one of the blocked conference hotels.

8. Should the Court allow Dr. Malik to travel, he will provide all details of his travel information to his Pretrial Services Officer, including his flight information and hotel information. Dr. Malik will communicate with his Pretrial Services Officer as directed.

9. Undersigned counsel conferred with Officer Katie Stephens, who advised that Pretrial Services is not opposed to this request.

10. Undersigned counsel conferred with Assistant United States Attorney Amy Sestric. AUSA Sestric also does not oppose the request.

For the foregoing reasons, Dr. Malik respectfully requests that the Court allow him to travel to Charlotte, North Carolina, for the Neurostar University training from February 5, 2025, through February 7, 2025.

        Respectfully submitted,

        **MARKUS/MOSS PLLC**
        40 N.W. Third Street, PH1
        Miami, Florida 33128
        Tel: (305) 379-6667
        markuslaw.com

        By:    /s/ David Oscar Markus
                David Oscar Markus
                dmarkus@markuslaw.com

                /s/ Lauren Field Krasnoff
                Lauren Field Krasnoff
                lkrasnoff@markuslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all Counsel of Record.

                                                          By:    /s/ David Oscar Markus
                                                                   David Oscar Markus
                                                                   dmarkus@markuslaw.com

                                                                   /s/ Lauren Field Krasnoff
                                                                   Lauren Field Krasnoff
                                                                   lkrasnoff@markuslaw.com