UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:24-CR-10HEA |
| | ) |
| MOHD AZFAR MALIK, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the status hearing set in this matter for June 10, 2025, is reset to **July 17, 2025, at 10:30 a.m.** in the courtroom of the undersigned.

Dated this 11th day of June, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE