The Honorable E. Audrey,                                    June 23rd, 2025
Judge, U.S. District Court for the Eastern
District of Missouri
Thomas F. Eagleton U.S. Courthouse 10 182
111 S. 10th St.
St. Louis, Missouri 63102

Reference: Dr Azfar Malik.

Azfar is my best friend, and I have known him for much of my life. We met in 1966 when we were both 12 years old and became fast friends. We grew into best friends, walking through life's many milestones. We have shared the most joyous and challenging moments of life.

Through my cancer diagnosis, Azfar supported me by connecting me to expert resources in his network, which ultimately gave me the confidence to move forward with my care plan with my provider in Chicago. I couldn't have imagined getting through cancer without his friendship. Beyond being there for me, Azfar's generosity knows no bounds. In 2023, when my cousin was in the final year of her life, Azfar became a rock for her, stepping in when I couldn't be there, providing transportation, and delivering meals while expecting nothing in return.

Azfar and I have traveled the world for one another, making it to the most critical moments in life; I had the pleasure of attending two of his Sons' weddings. He is the most devoted husband, father, sibling, and son. He cared for his elderly mother through all his successes, helping her navigate a language and culture she didn't know. He is your immigrant success story that many of us look up to in the community because of his uncanny ability to balance his career, maintain relationships, and see the best in people.

Through his philanthropic efforts, Azfar invests in the broader Pakistani community. His contributions to *Development in Literacy(DIL)* help build education facilities for youth living in underserved areas of Pakistan.

Azfar makes the world and the people around him brighter with his steadfast support and larger-than-life personality. I am honored to have been his friend for these past 59 years and could not have asked for a better person to walk through life with.

Sincerely,
Samiullah Bajwa

609 W. Stratford Place
Chicago, IL 60657
(872) 802 9719

From: Samiullah Bajwa
609 west stratford Pl,
Apt 60, Chicago, IL,
60657

RECEIVED

JUN 3 0 2025

BY MAIL

CAROL STREAM IL 601

24 JUN 2025 PM 5 L

TO: The honorable E. Audrey,
Judge, U.S. District court for the Eastern
District of Missouri

Thomas F. Eagleton U.S. Courthouse 10 182
111 S. 10m. St.
St Louis, Missouri, 63102

SKYLAB ART DE

63102-112748