UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CASE NO. 4:24-CR-00010 HEA

UNITED STATES OF AMERICA

vs.

MOHD AZFAR MALIK, M.D.

_____/

**NOTICE OF NO OBJECTION
TO THE PRESENTENCE REPORT**

Dr. Mohd Azfar Malik notifies the Court that he does not have any objections to the facts or guideline calculations contained within the presentence report dated July 7, 2025.

        Respectfully submitted,

        **MARKUS/MOSS PLLC**
        40 N.W. Third Street, PH1
        Miami, Florida 33128
        Tel: (305) 379-6667
        markuslaw.com

        By:   /s/ David Oscar Markus
                David Oscar Markus
                dmarkus@markuslaw.com

                /s/ Lauren Field Krasnoff
                Lauren Field Krasnoff
                lkrasnoff@markuslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all Counsel of Record.

                        By:    /s/ David Oscar Markus
                               David Oscar Markus
                               dmarkus@markuslaw.com

                               /s/ Lauren Field Krasnoff
                               Lauren Field Krasnoff
                               lkrasnoff@markuslaw.com