RECEIVED
AUG 11 2025
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

Mohd Azfar Malik,  )
                   )  Case no. 4.24 CR00010-2HEA
v.                 )
United States,     )  8/11, 2025

## MEMORANDUM FOR CLERK

Need my Passport for ID Purposes
& Travel if the court gives Admission
for International Travel    Thanks

/s/ Mohd Azfar Malik.

Contact Info:
17025 Orrville Road
Chesterfield MO 63005
Phone 314 629 9356

Please circle which applies:   (Pro se) (Attorney for) Plaintiff

(Pro se) (Attorney for) Defendant