UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CASE NO. 4:24-CR-00010-HEA

UNITED STATES OF AMERICA

vs.

MOHD AZFAR MALIK, M.D.

_____/

**ORDER ON UNOPPOSED MOTION TO RETURN PASSPORT**

THIS MATTER is before the Court on Mohd Azfar Malik's Unopposed Motion to Return Passport. After due consideration, the motion is GRANTED.

The Clerk of Court shall return Dr. Malik's passport to him.

Dr. Malik shall not use the passport for international travel without prior approval of the Court and United States Probation.

ORDERED this 18th day of September 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRIC JUDGE